IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| DAVID C. JURICIC, <br><br> Plaintiff, <br><br> vs. <br><br> MARK L. SHURTLEFF, et al., <br><br> Defendants. | MEMORANDUM DECISION AND ORDER DENYING PLAINTIFF'S MOTION TO SET ASIDE AND CHARGE OF JUDICIAL MISCONDUCT <br><br><br> Case No. 2:10-CV-662 TS |

This matter is before the Court on Plaintiff's Motion to Set Aside, and Charge of Judicial Misconduct.[1] For the reasons stated in the Court's previous Memorandum Decision and Order Denying Plaintiff's Motion to Set Aside and Charge of Judicial Misconduct,[2] the Motion is Denied.

Consequently, it is

---

[1]Docket No. 18.

[2]*See* Docket No. 17.

1

ORDERED that Plaintiff's Motion to Set Aside, and Charge of Judicial Misconduct (Docket No. 18) is DENIED.

DATED   May 17, 2011.

BY THE COURT:

_____
TED STEWART
United States District Judge